### 46132. FLOURNOY v. THE STATE.

JORDAN, Presiding Judge. Nothing appearing in the affidavit supporting the search warrant in the present case whereby the issuing officer could determine the time of the events relied upon for probable cause, and this fatal defect having been asserted as a ground of a motion to suppress the evidence, the trial judge erred in overruling the motion. *Fowler v. State,* 121

Ga. App. 22 (172 SE2d 447); *Windsor v. State*, 122 Ga. App. 767 (178 SE2d 751).

*Judgment reversed. Quillian and Evans, JJ., concur.*
Submitted April 7, 1971—Decided April 16, 1971.

*Casey Thigpen*, for appellant.